DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  5:04CR00254-001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Michael L. White | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on November 20, 2008, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Michael L. White and his counsel, Edward Bryan appeared. A report and recommendation was filed on November 4, 2008 (see docket # 42). The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of four (4) months with credit for the 17 days the defendant already served in custody.

(5:04CR00254-001)


        IT IS FURTHER ORDERED that upon release from confinement the period of

supervised release will continue.  All conditions of supervised release previously imposed will

continue with the additional condition that upon release from confinement the defendant is to

obtain his GED forthwith.



  November 20, 2008                                            */s/ David D. Dowd, Jr.*

Date                                                   David D. Dowd, Jr.
                                                   U.S. District Judge