**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 5:04CR00254-001 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Michael White | ) | |
| Defendant(s) | ) | |

A hearing was conducted on December 1, 2009, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. See docket #54. The defendant Michael White and his counsel, Carolyn Kucharski appeared. A report and recommendation was filed on November 20, 2009. The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a period of 6 months with credit for time already served in custody since November 2, 2009. ***The Court recommends that the defendant not be placed at McKean Federal Correctional Institution***. (*Emphasis added*)

IT IS FURTHER ORDERED that upon release from confinement the defendant's period of supervised release will terminate.

December 1, 2009  *s/David D. Dowd, Jr.*
 Date  DAVID D. DOWD, JR.
  U. S. DISTRICT JUDGE